| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>August 31, 2023<br>Nathan Ochsner, Clerk |

UNITED STATES OF AMERICA

v.

EDWARD SEUNG OK,
a.k.a., "RICK LEE,"
a.k.a., "SEUNG MOK OK"

CRIMINAL NO: **4:23-cr-00398-1**

**SEALED**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

EDWARD SEUNG OK,
a.k.a., "RICK LEE,"
a.k.a., "SEUNG MOK OK"
627 DEEP VALLEY DRIVE, APT 408,
ROLLING HILLS ESTATES, CA 90274

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on  August 31, 2023 .

*Peter Bray*

UNITED STATES MAGISTRATE JUDGE