# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CRIMINAL DOCKET FOR CASE #: 8:23-mj-00458-DUTY-1

| | |
|---|---|
| Case title: USA v. Ok | Date Filed: 09/08/2023 |
| | Date Terminated: 09/08/2023 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Edward Seung Ok**<br>*TERMINATED: 09/08/2023*<br>*also known as*<br>Rick Lee<br>*TERMINATED: 09/08/2023*<br>*also known as*<br>Seung Mok OK<br>*TERMINATED: 09/08/2023* | represented by | **Samuel Owen Cross**<br>Federal Public Defenders Office<br>Southern Division<br>411 West Fourth Street, Suite 7110<br>Santa Ana, CA 92701<br>714-338-4500<br>Fax: 714-338-4520<br>Email: sam_cross@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | | represented by | US Attorney's Office<br>AUSA - Office of US Attorney<br>411 W 4th Street Suite 8000<br>Santa Ana, CA 92701-4599<br>714-338-3500<br>Email: USACAC.SACriminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2023 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Edward Seung Ok, originating in the Southern District of Texas. Defendant charged in violation of: 18:371, 1343, 1956(h). Signed by agent Hanna Yang, FBI SPECIAL AGENT. filed by plaintiff USA. (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Edward Seung Ok; defendants Year of Birth: 1966; date of arrest: 9/8/2023 (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 3 | SEALED Defendant Edward Seung Ok arrested on warrant issued by the USDC Southern District of Texas at Houston. (Attachments: # 1 Charging Document, # 2 Order to Seal from other Court)(mat) (Entered: 09/14/2023) |
| 09/08/2023 | 4 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Edward Seung Ok. (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Autumn D. Spaeth as to Defendant Edward Seung Ok. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Samuel Owen Cross for Edward Seung Ok, Deputy Federal Public Defender, present. Court orders defendant Temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Texas. Warrant of Removal and final commitment to issue. Defendant waives detention hearing in this district, and requests it be conducted in the charging district. Court Smart: 9/8/23. (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Edward Seung Ok. (Not for Public View pursuant to the E-Government Act of 2002) (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 7 | ORDER FOR TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT RE: OUT OF DISTRICT CASE by Magistrate Judge Autumn D. Spaeth as to Defendant Edward Seung Ok. (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 8 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Edward Seung Ok. (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Autumn D. Spaeth as to Defendant Edward Seung Ok. (mat) (Entered: 09/14/2023) |
| 09/08/2023 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Autumn D. Spaeth that Defendant Edward Seung Ok be removed to the Southern District of Texas (mat) (Entered: 09/14/2023) |
| 09/14/2023 | | Notice to Southern District of Texas of a Rule 5 or Rule 32 Initial Appearance as to Defendant Edward Seung Ok. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries |

| | | | via the case number link. The following document link(s) is also provided: [5](#) Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40), [10](#) Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat) (Entered: 09/14/2023) |